# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>   Plaintiff,<br><br>   v.<br><br>JERRY BROWN, Governor, et al.,<br><br>   Defendants. | Case No. 1:12-cv-00649-SMS (PC)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER**<br><br>**(Doc. 9)**<br><br>**RESPONSE DUE WITHIN FIFTEEN (15) DAYS** |

Plaintiff Isabel Tubach ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint in this action on April 12, 2012. Doc. 1. In the Complaint, Plaintiff alleges generally that although she has notified the defendants that she is being sexually abused and harassed in violation of the Eighth Amendment, neither has responded or taken action. The complaint fails to state specific facts supporting her allegations and sets forth numerous legal conclusions rather than detailed factual allegations.

On October 23, 2012, Plaintiff filed a motion to support the complaint, re-alleging many of her general allegations. Doc. 4. On June 3, 2013, the Court construed Plaintiff's motion to

supplement the complaint as a motion to amend and ordered Plaintiff, within thirty days, either to submit an amended complaint or advise the Court that she did not intend to amend. Doc. 9. More than thirty days have now passed and Plaintiff has not responded to the Court's order in any way.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order. Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, it is HEREBY ORDERED that:

1. within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of June 3, 2013; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **October 1, 2013**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE